UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AL MURRAY, | ) | Case No.: 1:18-cv-00136-EPG |
| Plaintiff, | )<br>)<br>) | ORDER EXTENDING<br>BRIEFING SCHEDULE |
| vs. | ) | |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | )<br>)<br>) | (ECF No. 17) |
| Defendant, | )<br>)<br>)<br>) | |

Pursuant to the parties' Stipulation for Extension of Briefing Schedule (ECF No. 17), and for good cause shown,

**IT IS ORDERED** that

1. Plaintiff shall have a 30 day extension of time, to **October 21, 2018**, in which to file an opening brief.
2. Defendant shall have until **November 21, 2018**, to file her responsive brief.
3. Plaintiff shall have until **December 5, 2018**, to file his reply.

IT IS SO ORDERED.

Dated: **September 13, 2018**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE